**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 14, 2019**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | **BRIANNE BETTS,** | : | Case No. 14-58314 |
| | | : | |
| | | : | Chapter 13 |
| | | : | |
| | Debtor | : | Judge John E. Hoffman, Jr. |

## AMENDED PAYROLL DEDUCTION ORDER

### ***PLEASE NOTE (BELOW) NEW TRUSTEE ADDRESS FOR BANKRUPTCY PAYMENTS***

Debtor having proposed a plan for the adjustment of debt under Chapter 13 of the United States Bankruptcy Code, this Court now comes to establish an appropriate amount of money to be withheld from wages of the Debtor in order to facilitate compliance with plan of the Debtor. The employer is not authorized to deduct any administrative expenses or service fees for this deduction. Based upon the foregoing and the terms of the plan of the Debtor, and pursuant to 11 U.S.C. Section 1325(b), it is hereby:

ORDERED that the employer of the Debtor deduct the amount indicated below from wages of the Debtor and timely send that sum along with the name, case number and social security number of the Debtor to:

**\*\*\*PLEASE NOTE (BELOW) NEW TRUSTEE ADDRESS
FOR BANKRUPTCY PAYMENTS\*\*\***

**CHAPTER 13 TRUSTEE
P.O. BOX 88054
CHICAGO, IL 60680-1054**

It is further ORDERED that the Chapter 13 Trustee apply the funds to the payment schedule of the plan of the Debtor;

It is further ORDERED that pursuant to 11 U.S.C. Section 1325, deductions shall remain in effect without further order of this Court, but that deductions may terminate only upon appropriate notice to the employer of the Debtor.

| | |
|---|---|
| EMPLOYER: | Media General/NBC 4
Attn: Brenda Kaiser
3165 Olentangy River Road
Columbus, OH 43202 |
| DEDUCTION: | $267.69     WEEKLY
$535.38     BI-WEEKLY
$580.00     SEMI-MONTHLY
$1,160.00   MONTHLY |

IT IS SO ORDERED.

Copies to: Default List

Media General/NBC 4, Attn: Brenda Kaiser, 3165 Olentangy River Road, Columbus, OH 43202

In re: Betts – Case No. 14-58314

###